# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Case: 11 C 1418

Dzevad Hurem., Plaintiff

 v.

Nasreen Quadri, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Nickolas Tavares, John Dineer, Lillian Bedia, Carol Fontanetta and Hector Davila

| | |
|---|---|
| SIGNATURE /s/ *Scott Jebson* | |
| FIRM City of Chicago, Chief Assistant Corporation Counsel | |
| STREET ADDRESS 30 N. LaSalle St., Suite 900 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06225243 | TELEPHONE NUMBER 312 744-6959 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES X NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES X NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |